UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Vladimir E. Fernandez  
Iliana Paspuel-Fernandez

Case No.: 18-17602  
Chapter: 7  
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court  
50 Walnut Street  
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable  John K. Sherwood on  July 24, 2018  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no.  3D . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 11 Woodside Avenue  
Haledon, NJ  07508  

Fair Market Value: $364,500 |

| Liens on property: | Subject to a first mortgage held by Bayview Financial Loan on which there is due approximately $589,463. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee  
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601  
Telephone No.:  (201) 493-3734

*rev.8/1/15*

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 18-17602-JKS
Vladimir E. Fernandez                                               Chapter 7
Iliana Paspuel-Fernandez
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 1         Date Rcvd: Jun 21, 2018
                              Form ID: pdf905            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/jdb         +Vladimir E. Fernandez,    Iliana Paspuel-Fernandez,    11 Woodside Ave,    Haledon, NJ 07508-1663
517458965      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
517458966      +Awa Collections,    Attn: Banrkuptcy,    100 Church Street,    Diskson, TN 37055-1826
517458968      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517458969      +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517458970      +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
517458973      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV    PO Box 9475,
                 Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517458964      +E-mail/Text: bkrpt@retrievalmasters.com Jun 22 2018 00:30:20
                 AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517458963      +E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2018 00:29:26      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517458967      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 22 2018 00:30:50
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517458971      +E-mail/Text: csocha@greateralliance.org Jun 22 2018 00:31:23      Greater Alliance Fcu,
                 40 W Century Rd,    Paramus, NJ 07652-1454
517458972      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 00:29:31      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
                                                                                              TOTAL: 7

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Joint Debtor Iliana  Paspuel-Fernandez pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Paola D. Vera    on behalf of Debtor Vladimir E. Fernandez pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```